IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| WOOD, STONE & STEEL, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 150360D |
| | ) | |
| v. | ) | |
| | ) | |
| HOOD RIVER COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION** |

This Final Decision incorporates without change the court's Decision, entered

November 3, 2015. The court did not receive a statement of costs and disbursements within 14

days after its Decision was entered. *See* TCR MD 16 C(1).

This matter came before the court on Defendant's Answer, filed October 7, 2015.

Plaintiff filed its Complaint on June 26, 2015, requesting a reduction in the real market value of

personal property, identified as Account No 617475. In its Answer, Defendant agreed "to

change the [real market value] and [assessed value] for the 2014-15 tax year to $8,380 * * *."

The court received Plaintiff's response on October 13, 2015, stating that it "accept[s]

Defendant's valuation of [its] personal property."[1] Because the parties are in agreement, the case

is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

---

[1] The court was not able to file Plaintiff's response because it was not accompanied by a certificate of service or other evidence that it was provided to Defendant. *See* Tax Court Rule-Magistrate Division (TCR-MD) 5 (regarding *Ex Parte* Communication).

IT IS THE DECISION OF THIS COURT that, as agreed to by the parties, the real market value of property identified as 617475 shall be $8,380 for the 2014-15 tax year.

Dated this ____ day of November 2015.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on November 20, 2015.*